IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | No. 2:08cr1 |
| | § | |
| DENISE WARD | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the court considered the Findings of Fact and Recommendation of United States Magistrate Judge Chad Everingham regarding the defendant's plea of guilty and allocution of the defendant on an information charging that the defendant knowingly persuaded, induced, enticed and coerced another individual, to - wit: Brittany McManus and Ashley McManus, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, to - wit: a violation of 18 U.S.C. § 2251(a) in violation of Title 18 U.S.C. § 2422. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the court accept the guilty plea of the defendant. No objections were filed to the Findings of Fact and Recommendation. The court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed August 12, 2008, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the court finds the defendant GUILTY as charged in the Information in the above-numbered cause.

SIGNED this 10th day of September, 2008.

                                                                               T. JOHN WARD
                                                                               UNITED STATES DISTRICT JUDGE